IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JASON MEINELT, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-10-311 |
| § | |
| P.F.CHANG'S CHINA BISTRO, INC., § | |
| § | |
| Defendant. § | |

## ORDER

The parties have asked the court to schedule the trial of this case after June 19, 2011. The motion is granted. The trial date will be set at docket call, consistent with the parties' request.

SIGNED on March 22, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge