UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jason Meinelt, | § | CIVIL ACTION NO. 10-311 |
|     Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| P.F. Chang's China Bistro, Inc., | § | |
|     Defendant | § | A JURY IS DEMANDED |

### Declaration of Paul Harris

1. My name is Paul Harris. I am more than eighteen years of age and fully competent to make this declaration. I have personal knowledge of the facts stated herein and they are true and correct.

2. Myself and Katherine Butler represent the plaintiff, Jason Meinelt. Attached to this declaration are true and correct copies of (A) documents the defendant produced in this litigation; (B) documents the plaintiff produced in this litigation; (C) the declarations of Jason Meinelt, Michael Brown, Charles Bersola, and Shaun Thomas; (D) excerpts from the depositions of Jason Meinelt, Michael Brown, Glen Piner, Art Kilmer, and Claudette Gelb; and (E) the defendant's answers to the plaintiff's first set of interrogatories.

I declare under penalty of perjury that the foregoing is true and correct.

Signed in Houston, Texas, USA this 11th day of April 2011.

                                                                                     /s/ Paul R. Harris
                                                                                     Paul R. Harris