UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jason Meinelt, | § | CIVIL ACTION NO. 10-311 |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| P.F. Chang's China Bistro, Inc., | § | |
| Defendant | § | A JURY IS DEMANDED |

Order of the Court

Before the Court is the plaintiff's motion in limine. The Court rules on each issue raised in the motion as follows:

| Item Number | Granted | Denied | Modified as follows: |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |

| | | | |
|---|---|---|---|
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| | | | |

Signed this _____ day of _____ 2011.

_____
United States District Judge