UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION


| | | |
|---|---|---|
| Jason Meinelt, | § | CIVIL ACTION NO. 10-311 |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| P.F. Chang's China Bistro, Inc., | § | |
| Defendant | § | A JURY IS DEMANDED |

**Plaintiff's Witness List**

1.  Jason Meinelt
c/o Butler & Harris
1007 Heights Blvd.
Houston, Texas  77008
(713) 526-5677

Mr. Meinelt will testify about his claims and damages, his work at P.F. Chang's, his medical
condition, the facts surrounding his dismissal, the pain caused by his dismissal, and his
subsequent work history.

2.  Daniella Meinelt
c/o Butler & Harris
1007 Heights Blvd.
Houston, Texas  77008
(713) 526-5677

Ms. Meinelt will testify about her husband's medical condition and the effect that the dismissal
had on him.

3.  Glen Piner, c/o defense counsel

Mr. Piner knows about his management of the stores he supervises, including his management of
Mr. Meinelt, his failure to discipline others for editing time, the facts regarding his
discriminatory decision and the termination meeting, his very different treatment of Michael
Brown among others, his mendacity, his representation of the company in a 30(b)(6) deposition
and the admissions made in that deposition, and the way he was treated when he violated
company policy.

4.  Art Kilmer, c/o defense counsel.

Mr. Kilmer knows of his management of Mr. Piner, his work at P.F. Chang's, including his

service as an operating partner, his failure to terminate others for misconduct, his mendacity and his attendance at the termination meeting and information provided to him both before and after that meeting.

5.  Claudette Gelb, c/o defense counsel.

Ms. Gelb knows about the phone conversation she had with Glen Piner about Mr. Meinelt before he was terminated, her lack of participation in the decision to dismiss him, and P.F. Chang's human resources policies and procedures.

Former Subordinates of Mr. Meinelt

6.  Herbert Barahona
address unknown
832-878-1731

7.  Robert Melendez
address unknown
832-287-2867

8.  Charles Bersola
12718 Huntington Field
Houston, Tx 77099
832-528-0060

9.  Joseph Ho
16923 Fairway Glen Ln
Sugar Land, Texas 77498
713-306-0108

10.  Shaun Thomas
14504 Briar Forest Drive, #1527
Houston, Tx 77077
832-308-5860

11.  Devin Reeves

12.  Alex Peneloza
address unknown
713-517-2065

These individuals know about Mr. Meinelt's supervision, including, but not limited to the fact that he was a good supervisor, treated them fairly, including with regard to their time records, and why they were upset by his dismissal.

13.  Michael Brown

225 E. 24th. ST.
Houston, Tx 77008
832-350-9237

Mr. Brown knows about his supervision of the Westchase restaurant, including his supervision of Mr. Meinelt, his interactions and discussions with Mr. Piner, how he objected to Mr. Meinelt's dismissal, and how differently he was treated for the same supposed violation.

14.  Daniel J. Franklin, MD - E.N.T
2500 Tanglewilde St.
Houston, Texas
(713) 781-9660

Dr. Franklin knows about Mr. Meinelt's medical condition at the time of his termination, specifically his hearing loss and brain tumor.

15.  Dr. Ken Lehrer
5555  Del Monte Drive - Suite 802
Houston,  Texas 77056
(713) 972 - 7912

Dr. Lehrer is an expert witness who will testify about Mr. Meinelt's economic damages.

16.  Custodian of Records of P.F. Chang's

The custodian of records is listed only in the event that the defendant objects to the authenticity of its own documents.

17.  Any witness designated by the defendant.

If any other witnesses will be called at the trial, their names, addresses and the subject matter of their testimony will be reported to opposing counsel as soon as they are known.  This restriction will not apply to rebuttal or impeachment witnesses, the necessity of whose testimony cannot reasonably be anticipated before trial.

Respectfully submitted,


 /s/ Katherine L. Butler*
Butler & Harris
Federal I.D. No. 4734
State Bar No. 03526300
Paul R. Harris
Federal I.D. No. 897365
State Bar No. 24059905
1007 Heights Boulevard

Houston, Texas  77008
(713) 526-5677
Fax (713) 526-5691

**Attorney in charge for Plaintiff**

**Certificate of Service**

I certify that a true and correct copy of this document has been served upon defendants via the electronic filing system of the United States District Court for the Southern District of Texas on May 20, 2011.

/s/ Paul R. Harris