## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **JASON MEINELT,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. H-10-311** |
| | § | |
| **P.F. CHANG'S CHINA BISTRO, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

### DEFENDANT'S WITNESS LIST

Defendant, P.F. Chang's China Bistro, Inc., files this Defendant's Witness List, designating the following individuals as persons who may testify at the trial of this cause. Defendant reserves the right to call any witness designated by Plaintiff, and additional witnesses in rebuttal, the necessity for whom cannot reasonably be anticipated at this time.

### WITNESSES

**Glen Piner**
Market Partner, P.F. Chang's

Mr. Piner will testify regarding the operation of the restaurant, the Plaintiff's job duties and his Plaintiff's job performance. He will also testify regarding the circumstances leading up to his audit and his findings regarding Plaintiff changing employee time records to short them for hundreds of hours worked. He will also testify regarding P.F. Chang's policies and procedures, the reason for Plaintiff's discharge, and rebut the Plaintiff's allegations of discrimination and interference with FMLA rights.

**Arthur Kilmer**
Regional Vice President, P.F. Chang's

Mr. Kilmer will testify regarding P.F. Chang's policies and procedures and his involvement in the decision to discharge Plaintiff. He will also testify regarding the reason for Plaintiff's discharge, and rebut Plaintiff's allegations of discrimination and interference with FMLA rights.

**Cristobal Ferrer**
Sous Chef, P.F. Chang's

Mr. Ferrer may testify regarding the company's good faith efforts to accommodate individuals with disabilities and provide time off for FMLA.

**Claudette Gelb**
Director of People Services

Ms. Gelb may be called to testify regarding P.F. Chang's anti-discrimination and FMLA policies and procedures. She may also testify regarding her involvement in the decision to discharge Plaintiff.

**Bill Kirk**

Mr. Kirk is a former manager at P.F. Chang's who may testify regarding the policies and procedures regarding timekeeping, Plaintiff's awareness of the policies, and the consequences for violating the policies

**James H. Yeager, Jr., Ph.D.**

Dr. Yeager may be called at trial to offer expert testimony regarding Plaintiff's economic damages, if any.  Dr. Yeager may also testify in rebuttal of the testimony of Plaintiff's expert on economic damages.

If any other witnesses will be called at the trial, their names, addresses and the subject matter of their testimony will be reported to opposing counsel as soon as they are known. This restriction will not apply to rebuttal or impeachment witnesses, the necessity of whose testimony cannot reasonably be anticipated before trial.

Respectfully Submitted,

William L. Davis, Esq.
Attorney-In-Charge
Federal ID No. 20218
State Bar No. 05563800
davisw@jacksonlewis.com
Jackson Lewis, LLP
3811 Turtle Creek Boulevard, Suite 500
Dallas, Texas 75219
PH:     (214) 520-2400
FX:     (214) 520-2008

**ATTORNEY FOR DEFENDANT
P.F. CHANG'S CHINA BISTRO, INC.**

**OF COUNSEL:**

Kristin L. Bauer, Esq.
Federal ID No. 23790
State Bar No. 24006813
bauerk@jacksonlewis.com
JACKSON LEWIS LLP
3811 Turtle Creek Boulevard, Suite 500
Dallas, Texas 75219
PH:  (214) 520-2400
FX:  (214) 520-2008

## CERTIFICATE OF SERVICE

On May 20, 2011, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District, Southern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2), including the following:

Katherine L. Butler
Attorney-In-Charge
Paul R. Harris
1007 Heights Boulevard
Houston, Texas 77008
PH:  (713) 526-5677
FX:  (713) 526-5691

William L. Davis