UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jason Meinelt, | § | CIVIL ACTION NO. 10-311 |
|     Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| P.F. Chang's China Bistro, Inc., | § | |
|     Defendant | § | A JURY IS DEMANDED |

## Designation of Deposition Excerpts for Claudette Gelb

| Page | Line | to | Page | Line |
|---|---|---|---|---|
| 5 | 16 | | 5 | 21 |
| 6 | 1 | | 6 | 2 |
| 7 | 4 | | 7 | 6 |
| 13 | 1 | | 14 | 6 |
| 14 | 18 | | 14 | 19 |
| 14 | 24 | | 16 | 12 |
| 16 | 17 | | 20 | 2 |
| 20 | 5 | | 20 | 7 |
| 20 | 18 | | 21 | 1 |
| 21 | 6 | | 21 | 25 |
| 23 | 8 | | 24 | 5 |
| 24 | 8 | | 24 | 14 |
| 28 | 12 | | 28 | 14 |
| 28 | 18 | | 28 | 24 |
| 29 | 20 | | 30 | 14 |
| 30 | 24 | | 31 | 4 |
| 31 | 13 | | 31 | 21 |
| 36 | 24 | | 38 | 7 |
| 38 | 19 | | 39 | 9 |
| 39 | 14 | | 40 | 2 |
| 40 | 4 | | 40 | 8 |
| 45 | 12 | | 46 | 13 |
| 47 | 25 | | 48 | 25 |
| 49 | 21 | | 50 | 10 |
| 50 | 12 | | 52 | 20 |
| 53 | 16 | | 53 | 18 |
| 54 | 6 | | 54 | 25 |
| 55 | 16 | | 55 | 24 |
| 56 | 24 | | 58 | 3 |
| 60 | 2 | | 60 | 15 |

| Page | Line | to | Page | Line |
|------|------|----|------|------|
| 61 | 22 |    | 62 | 7  |
| 63 | 19 |    | 64 | 9  |
| 64 | 15 |    | 65 | 12 |
| 66 | 8  |    | 66 | 14 |
| 68 | 21 |    | 69 | 8  |
| 76 | 22 |    | 76 | 25 |
| 77 | 9  |    | 78 | 5  |
| 79 | 4  |    | 79 | 13 |
| 80 | 11 |    | 80 | 18 |
| 81 | 18 |    | 82 | 4  |
| 85 | 21 |    | 85 | 24 |
| 89 | 17 |    | 90 | 24 |
| 91 | 11 |    | 91 | 14 |
| 94 | 7  |    | 95 | 3  |
| 98 | 5  |    | 98 | 21 |

Respectfully submitted,

/s/ Katherine L. Butler*
State Bar No. 03526300
Southern Dist. No. 4734
Paul R. Harris
State Bar No. 24059905
Federal I.D. No. 897365
1007 Heights Boulevard
Houston, Texas  77008
(713) 526-5677
(713) 526-5691 (fax)

* Lead counsel for plaintiff

**Certificate of Service**

I certify that I am filing this document through the court's electronic filing system on this day, September 16, 2011, and that opposing counsel of record is a registered user of the system.

/s/ Katherine L. Butler